UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE M. WILKERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1278-G |
| ) | |
| KENT SOUTHWARD, individually ) | |
| and in his official capacity as the ) | |
| Superintendent of Ringling Independent ) | |
| School District No. 14, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court are Defendant Kent Southward's Motions to Dismiss (Doc. Nos. 9, 10). Since the filing of the Motion, Plaintiff Joe M. Wilkerson has timely filed an Amended Complaint (Doc. No. 11). *See* Fed. R. Civ. P. 15(a)(1)(B).

Accordingly, Defendant's Motions to Dismiss (Doc. Nos. 9, 10) are DENIED AS MOOT. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) ("[A]n amended complaint ordinarily supersedes the original and renders it of no legal effect.").

IT IS SO ORDERED this 7th day of March, 2025.

_____
CHARLES B. GOODWIN
United States District Judge